# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JENNIFER AUGUSTUS

VERSUS

DILLARD DEPARTMENT STORES,
INC. AND SAFETY NATIONAL
CASUALTY CORPORATION

NO.   2023 CW 1194

**JANUARY 18, 2024**

---

In Re:   Dillard Department Stores, Inc. and Safety National
Casualty Corporation, applying for supervisory writs,
Office of Workers' Compensation, District 5, No. 21-
04264.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT DENIED.**

                              **JMG**
                              **WRC**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
       FOR THE COURT